**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INGRID T.G.,

                Plaintiff,

-against-                              20 **CIVIL** 5651 (GRJ)

                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 8, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; this case is REMANDED for calculation of benefits. Final judgment is entered without prejudice to a timely application for attorneys' fees and costs; accordingly, the case is closed.

**Dated:**  New York, New York

       March 8, 2022

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                    **BY:**      *K. Mango*

                                                               **Deputy Clerk**