UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
INGRID T.G.,

                        Plaintiff,                      ORDER
                                                           1:20-CV-5651-GRJ

      v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      Pending before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket No. 31.)  The parties have filed a Stipulation, (Docket No. 34) stipulating that Plaintiff should be awarded nine thousand four hundred seventeen dollars and twenty-five cents ($9,417.25) in attorney's fees under the Equal Access to Justice Act and that Plaintiff should be awarded costs in the amount of four hundred dollars ($400.00).

      Upon due consideration, it is **ORDERED**:

      1.     Plaintiff is awarded attorney's fees under the EAJA in the amount of **$9,417.25**, and costs in the amount of **$400.00**, which costs shall be payable from the judgment fund administered by the United States Department of Treasury. The payment of attorney's fees and costs are

subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to pay the EAJA fees and costs, the Commissioner must determine whether Plaintiff owes a debt to the government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees and costs directly to Plaintiff's counsel.

2. The Clerk must **TERMINATE** Plaintiff's Motion for Attorney's Fees (Docket No. 31) as a pending motion and then close the file.

Dated: May 31, 2022

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge